UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| LINDA CROSSLAND | CIVIL ACTION |
|---|---|
| VERSUS | NO. 20-3470 |
| HUNTINGTON INGALLS, INC., ET AL. | SECTION "R" (2) |

## ORDER

The Court having been advised by counsel that the parties have firmly agreed upon a compromise in this matter;

**IT IS ORDERED** that this action be and it is hereby dismissed as to all parties, without costs and without prejudice to the right, upon good cause shown, within sixty (60) days, to reopen the action if the settlement is not consummated. In addition, the Court specifically retains jurisdiction to enforce the settlement agreement if settlement is not consummated in sixty (60) days. *See* Fed. R. Civ. P. 41(a)(2); *Kokkonen v. Guardian Life Ins. Co. v. Am.*, 511 U.S. 375, 381-82 (1994); *Hospitality House, Inc. v. Gilbert*, 298 F.3d 424, 430 (5th Cir. 2002).

**COUNSEL ARE REMINDED THAT, IF WITNESSES HAVE BEEN SUBPOENAED, <u>EVERY WITNESS</u> MUST BE NOTIFIED BY COUNSEL NOT TO APPEAR.**

New Orleans, Louisiana, this __13th__ day of March, 2023.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE