UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDA CROSSLAND, ET AL. | * | CIVIL ACTION NO. 2:20-cv-03470 |
| *Plaintiffs* | * | |
| | * | SECTION "R" (2) |
| VERSUS | * | |
| | * | JUDGE SARAH S. VANCE |
| HUNTINGTON INGALLS, INC., ET AL. | * | |
| *Defendants* | * | MAGISTRATE JUDGE |
| | * | DONNA PHILLIPS CURRAULT |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER**

Considering the above and foregoing Joint Motion to Dismiss With Prejudice filed by Plaintiffs, and Defendant, Eagle, Inc.:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the claims of Plaintiffs against Defendant, Eagle, Inc., only, are hereby dismissed with prejudice, with each party to bear its own costs, and specifically reserving to Plaintiffs all rights, claims, and causes of action which they may have against all other parties, defendants, and obligors whether named or unnamed in this litigation.

New Orleans, Louisiana, this __5th__ day of May 2023.

_____
**THE HONORABLE SARAH S. VANCE**

01230746-1