UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

LINDA CROSSLAND                                    CIVIL ACTION

VERSUS                                                        NO. 20-3470

HUNTINGTON INGALLS INC., ET                SECTION "R" (2)
AL

## ORDER AND REASONS

Before the Court is a motion for dismissal with prejudice.[1] This Court's March 13, 2023 Order of Dismissal dismissed this action as to all parties without prejudice to the right to reopen the action upon good cause shown if settlement is not consummated within sixty days.[2]  Excepting the right to reopen if settlement is not consummated, the dismissal is with prejudice. As the Court has already dismissed the claims at issue here with prejudice, the Court **DISMISSES** the motion to dismiss with prejudice **AS MOOT.**

New Orleans, Louisiana, this 27th day of January, 2026.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

---

[1]     R. Doc. 404.
[2]     R. Doc. 30.

1